**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACQUES FIGARO,<br>Petitioner,<br>v.<br>CHRISTOPHER LAROSE, et al,<br>Respondents. | Case No.: 26-cv-5185-BJC-GC<br>**ORDER SETTING BRIEFING SCHEDULE ON AMENDED PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 AND PROHIBITING TRANSFER OF PETITIONER** |

On September 10, 2026, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. The Court adopts the Standard Procedures setting a briefing schedule for the Amended Petition from Chief Judge Order No. 144, which is available on the court's website.

**IT IS SO ORDERED**.

Dated: September 14, 2026

Honorable Benjamin J. Cheeks
United States District Judge