UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

JACQUES FIGARO,
Plaintiff,
v.
JEREMY CASEY,
Defendants.

Case No.: 26-cv-5185-BJC-GC

**ORDER GRANTING IN PART PETITION FOR WRIT OF HABEAS CORPUS**

**[ECF No. 1]**

On September 10, 2026, Petitioner Jacques Figaro filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. On September 14, 2026, the Court set a briefing schedule and issued a limited stay. ECF No. 2. On September 21, 2026, Respondents filed a return to the petition stating that "the government does not oppose the petition and defers to the Court on the appropriate relief." ECF No. 4 at 3.

Having reviewed the pleadings, the Court **GRANTS** the petition for a writ of habeas corpus. Respondents shall immediately release Petitioner under the previously imposed conditions. ECF No. 1 at 2. The Clerk of Court shall close this matter.

**IT IS SO ORDERED**.

Dated: September 22, 2026

Honorable Benjamin J. Cheeks
United States District Judge